## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

### CRIMINAL NO.  3:02CR145

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| **VS.** ) | **O R D E R** |
| ) | |
| ) | |
| **BRUCE CHARLES HEGGEN** ) | |
| ——————————————————) | |

     **THIS MATTER** is before the Court on Defendant's motion for return of seized property filed June 29, 2005.

     It appears that the Defendant has not provided a copy of this motion to the Government and the Court finds it appropriate that the Government file response.

     **IT IS, THEREFORE, ORDERED** that the Clerk provide a copy of the Defendant's motion to the Government and that the United States Attorney file response to the motion on or before July 29, 2005.

**Signed: July 6, 2005**

Lacy H. Thornburg
United States District Judge